IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRINA MILLER, :

    Plaintiff, :

                                   Case No. 3:07CV0393

                          :

vs.                            District Judge Walter Herbert Rice

                          : Magistrate Judge Sharon L. Ovington

FRANCES LINK, *et al.*,

                          :

    Defendants.

                         :

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON AUGUST 20, 2008 (Doc. #20); GRANTING DEFENDANT GREENE COUNTY SHERIFF'S OFFICE'S MOTION TO DISMISS (Doc. #10)**

---

    The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #20), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on August 20, 2008 (Doc. #20) is ADOPTED in full;

    2.    Defendant Greene County Sheriff's Office's Motion to Dismiss (Doc. #26) is GRANTED; and

3. The case otherwise remains pending on the docket of this Court.

                                                Walter Herbert Rice
                                               United States District Judge